IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CITY OF FAIRVIEW HEIGHTS,** | ) |
| Plaintiff, | ) |
| V. | ) Civil No. **05-840-WDS** |
| **ORBITZ, INC., et al.,** | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS SO ORDERED.**

**DATED: December 2, 2005**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

**\*Case is assigned to United States Magistrate Judge Donald G. Wilkerson for all pretrial non dispositive motions.**