IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF FAIRVIEW HEIGHTS, individually and on behalf of all other similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> ORBITZ, INC., *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) No. 05-CV-0840-DRH ) ) ) ) ) |

**ORDER GRANTING MOTION TO WITHDRAW**

The Court, having considered the Motions to Withdraw filed by attorneys Bradley M. Lakin, Robert W. Schmieder II, and Dennis J. Barton III of The Lakin Law Firm, P.C., hereby orders that said motions are GRANTED.


SO ORDERED:


/s/   David   RHerndon
U.S. District Court Judge


DATE: February 26, 2007