IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CITY OF FAIRVIEW HEIGHTS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br> v.<br><br>ORBITZ, INC., et al.<br>        Defendants. | )<br>)<br>)<br>)<br>)  No. 05-840-DRH-DGW<br>)<br>)<br>)<br>) |

### **ORDER**

This matter is before the Court on Defendants' Unopposed Motion For Extension of Time To File Memorandum in Opposition to Plaintiff's Motion For Class Certification. (Doc. 188.)

Upon consideration of the Motion (Doc. 188), it is hereby ordered that Defendants' Unopposed Motion is **Granted**. Defendants shall have up to and including September 14, 2007 to file their Memorandum in Opposition to Plaintiff's Motion for Class Certification.

ENTERED:  August 23, 2007            /s/     DavidRHerndon
                                                     United States District Judge