## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CITY OF FAIRVIEW HEIGHTS,**

**Plaintiff,**

**v.**

**ORBITZ, INC. et al.,**

**Defendants.**                                     **No. 05-CV-840-DRH**

### ORDER

**HERNDON, District Judge:**

This cause is before the Court on Stipulation for Dismissal Without Prejudice. (Doc. 200.) Plaintiff is voluntarily dismissing all claims against Defendants Hotels.com GP, LLC and TravelNow.com, Inc..

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Hotels.com GP, LLC and TravelNow.com, Inc. are hereby dismissed without prejudice. Plaintiff's claims against the other Defendants in this action remain pending. Each party to bear its own costs.

**IT IS SO ORDERED**.

Signed this 11th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**