IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CITY OF FAIRVIEW HEIGHTS,**

**Plaintiff,**

**v.**

**ORBITZ, INC. et al.,**

**Defendants.**                                                  No. 05-CV-840-DRH

### ORDER

**HERNDON, Chief Judge:**

This cause is before the Court is Plaintiff's Motion to Dismiss Without Prejudice. (Doc. 244.) Plaintiff is voluntarily dismissing all claims against Defendants Orbitz, Inc. And Maupintuor Holding LLC. Defendants Orbitz, Inc. and Maupintuor Holding LLC have advised the Court that they do not oppose the motion.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendants Orbitz, Inc. and Maupintuor Holding LLC are hereby dismissed without prejudice. Plaintiff's claims against the other Defendants in this action remain pending. Each party to bear its own costs.

**IT IS SO ORDERED**.

Signed this 21st day of April, 2008.

/s/ *David R. Herndon*

**Chief Judge**
**United States District Court**