## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CITY OF FAIRVIEW HEIGHTS,**
**individually and on behalf of all**
**other similarly situated,**

**Plaintiff,**

**v.**

**ORBITZ, INC., et al.,**                                                              **No. 05-840-DRH**

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's stipulation of dismissal (Doc. 272). Specifically, Plaintiff moves to dismiss with prejudice its claims against Defendants Priceline.com, Inc., LowestFare.com, and Travelweb LLC (collectively known as the Priceline Defendants), with each party to bear their own costs. Plaintiff states that the parties have resolved the dispute between them. The Court **ACKNOWLEDGES** the stipulation and **DISMISSES with prejudice**, with each party to bear its own costs, Plaintiff's cause of action against Defendants Priceline.com, Inc., LowestFare.com, and Travelweb LLC. Plaintiff's claims against the other defendants in this action remain pending.

**IT IS SO ORDERED.** Signed this 12th day of February, 2009.

/s/  David R Herndon

**Chief Judge**
**United States District Court**