IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CITY OF FAIRVIEW HEIGHTS,**
**individually and on behalf of**
**all other similarly situated,**

**Plaintiff,**

v.

**ORBITZ, INC., et al.,**                               No. 05-840-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's stipulation of dismissal (Doc. 274). Specifically, Plaintiff, the City of Fairview Heights, moves to dismiss its case with prejudice against Defendants, Expedia, Inc., Hotels.com, L.P., Hotwire, Inc., Hotels.com GP, LLC, and TravelNow.com, Inc. (the "Expedia Defendants"), with each party to bear their own costs. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, each party to bear their own costs, Plaintiff's cause of action against the Expedia Defendants. Plaintiff's claims against the other Defendants in this action , including TripNetwork, Inc., Travelport America, LLC,

Internetwork Publishing Corp., and Orbitz LLC (collectively the Orbitz Defendants), remain pending.

**IT IS SO ORDERED.**

Signed this 1st day of March, 2009.

/s/     David R Herndon
**Chief Judge
United States District Court**