**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CITY OF FAIRVIEW HEIGHTS,
individually and on behalf of all
other similarly situated,**

**Plaintiff,**

**v.**

**ORBITZ, INC., et al.,**                                        **No. 05-840-DRH**

**Defendant.**

**ORDER**

**HERNDON, Chief Judge:**

      Now before the Court is Plaintiff's stipulation of dismissal (Doc. 275). Specifically, Plaintiff, City of Fairview Heights, moves to dismiss its cause of action with prejudice against Defendants Travelocity.com Inc., Travelocity.com L.P., and Site59.com, LLC (the "Travelocity Defendants"), with each party to bear their own costs. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, with each party to bear its own costs, Plaintiff's cause of action against the Travelocity Defendants. Plaintiff's claims against the other Defendants in this action, including Trip Network, Inc., Travelport America, LLC, Internetwork Publishing

Corp., and Orbitz LLC (collectively the Orbitz Defendants) remain pending.

**IT IS SO ORDERED.**

Signed this 1st day of March, 2009.

/s/   DavidRHerndon
**Chief Judge**
**United States District Court**
