IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CITY OF FAIRVIEW HEIGHTS,**
**individually and on behalf of all**
**other similarly situated,**

**Plaintiff,**

**v.**

**ORBITZ, INC., et al.,**                                                  No. 05-840-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's stipulation of dismissal (Doc. 278). Specifically, Plaintiff, City of Fairview Heights, moves to dismiss its cause of action with prejudice against Defendants Trip Network, Inc. (d/b/a Cheap Tickets), Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Internetwork Publishing Corp. (d/b/a Lodging.com), Orbitz, Inc., Orbitz, LLC (collectively the Orbitz Defendants), with each party to bear their own costs. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice**, with each party to bear its own costs, Plaintiff's cause of action against Defendants Trip Network, Inc. (d/b/a Cheap Tickets), Travelport Americas, LLC (f/k/a Cendant Travel Distribution Services Group, Inc.), Internetwork Publishing Corp. (d/b/a Lodging.com), Orbitz, Inc., Orbitz, LLC. This dismissal results in the dismissal of

all of the claims in the cause of action against all Defendants. Therefore, Court will close the file.

**IT IS SO ORDERED.**

Signed this 30th day of March, 2009.

/s/     *DavidRHerndon*
**Chief Judge
United States District Court**